UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACQUELYN JONES for L. B., a minor,<br><br>        Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br>**Acting Commissioner of Social Security,**<br><br>        Defendant. | Case No. CV 17-00304 GW(AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

Dated: May 16, 2017

_____
GEORGE H. WU
United States District Judge